IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No. 16-cr-00052-RBJ-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE LEE ANDERSON, JR.,

      Defendant.

---

ORDER SETTING TRIAL AND DEADLINES

---

      This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **April 18, 201601 at 9:00 a.m.**  It is

      ORDERED that all pretrial motions shall be filed by **March 7, 2016** and responses to these motions shall be filed by **March 31, 2016.**  It is further

      ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within five days after filing of pre-trial motions** to set the case for Motions Hearing.

      In the event that the parties reach a disposition, the deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

      For additional information, please review my practice standards located at

      http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 22nd day of February, 2016.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge